UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| MARTHA CARTER and | * | |
| KIMBERLY RUFF | * | |
|     Plaintiffs, | * | **Civil Action No.: 10-6074** |
| | * | |
| v. | * | |
| | * | |
| AFFILIATED COMPUTER SERVICES, | * | |
| INC. XEROX CORPORATION, and | * | |
| ACS@XEROX LLC | * | |
|     Defendants. | * | |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Come the Defendants, Affiliated Computer Services, Inc.[1], Xerox Corporation ("Xerox") and ACS@Xerox, LLC ("ACS@Xerox"), by and through their undersigned counsel, and hereby submit this Disclosure Statement pursuant to Fed.R.Civ.P. 7.1:

1. Affiliated Computer Services, Inc. is wholly owned by Xerox Corporation; and

2. ACS@Xerox, LLC is wholly owned by ACS which is wholly owned by Xerox Corporation.

---

[1] Plaintiffs inappropriately style ACS as Affiliated Computer Services, Inc. Xerox Corporation. However, reserving all of its defenses, including but not limited to improper party defendant, Xerox participates in this Financial Disclosure Statement.

Respectfully submitted,

By: /s/ Victor L. Crowell
Victor L. Crowell, ABA #2006211
**LEDBETTER, COGBILL, ARNOLD & HARRISON, LLP**
Attorneys at Law
Post Office Box 185
Fort Smith, AR 72902-0185
Tel: 479.7822.7294
Fax: 479.782.1493
*e*mail: vcrowell@lcahlaw.com
**COUNSEL FOR AFFILIATED COMPUTER SERVICES, INC., XEROX CORPORATION and ACS@XEROX, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on **October 8, 2010**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following unless otherwise noted:

Luther O'Neal Sutter
HARRILL & SUTTER, PLLC
Attorneys at Law
Post Office Box 2012
Benton, Arkansas 72018
*e*mail: luthersutter@yahoo.com

/s/ Victor L. Crowell
Victor L. Crowell