UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| MARTHA CARTER and | * | |
| KIMBERLY RUFF | * | |
| Plaintiffs, | * | **Civil Action No.: 10-6074** |
| | * | |
| v. | * | |
| | * | |
| AFFILIATED COMPUTER SERVICES, | * | |
| INC. XEROX CORPORATION, and | * | |
| ACS@XEROX LLC | * | |
| Defendants. | * | |

**DEFENDANTS' MOTION TO COMPEL ARBITRATION
AND TO DISMISS OR, IN THE ALTERNATIVE,
TO STAY PROCEEDINGS PENDING ARBITRATION**

Pursuant to 9 U.S.C. § 4, Defendants, Affiliated Computer Services, Inc., Xerox Corporation and ACS@Xerox, LLC, move this Court to compel Plaintiffs to arbitrate their claims in compliance with Affiliated Computer Services' Dispute Resolution Program.[1] Further, Defendants move this Court to dismiss, or in the alternative, to stay Plaintiffs' claims pending arbitration pursuant to 9 U.S.C. § 3. A Memorandum in Support of this Motion and Exhibits "A" through "C" are filed herewith and are adopted and incorporated by reference herein pursuant to Federal Rules of Civil Procedure 10(c). For the reasons attached in the accompanying Memorandum, the Court should grant Defendants' Motion.

---

[1] Defendants submit that this filing does not constitute an appearance, and Defendants are preserving any and all motions under the Federal Rules of Civil Procedure.

By: /s/ Victor L. Crowell
Victor L. Crowell, ABA #2006211
**LEDBETTER, COGBILL, ARNOLD & HARRISON, LLP**
Attorneys at Law
Post Office Box 185
Fort Smith, AR 72902-0185
Tel: 479.7822.7294
Fax: 479.782.1493
email: vcrowell@lcahlaw.com
**COUNSEL FOR AFFILIATED COMPUTER SERVICES, INC., XEROX CORPORATION and ACS@XEROX, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on **October 8, 2010**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following unless otherwise noted:

Luther O'Neal Sutter
HARRILL & SUTTER, PLLC
Attorneys at Law
Post Office Box 2012
Benton, Arkansas 72018
email: luthersutter@yahoo.com

/s/ Victor L. Crowell
Victor L. Crowell