```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                         HOT SPRINGS DIVISION
```

MARTHA CARTER and
KIMBERLY RUFF                                          PLAINTIFFS

V.                          CASE NO. 10-6074

AFFILIATED COMPUTER SERVICES, et al.                   DEFENDANTS

<u>ORDER</u>

Now on this 11th day of January 2011, there comes on for consideration the report and recommendation filed herein on December 15, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 37).  No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Defendants' Motion to Compel Arbitration (doc. 5) is GRANTED, and a stay of these proceedings is hereby ORDERED pursuant to 9 U.S.C. § 3.  The parties shall advise the court within ten (10) days of any ruling in arbitration as to any remaining issues for this court.

IT IS SO ORDERED.

                                   /s/ Robert T. Dawson
                                   Honorable Robert T. Dawson
                                   United States District Judge

**AO72A**
**(Rev. 8/82)**